UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PITTSBURG MOSAIC APARTMENTS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYRAE R. BELL, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-03907-JST<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: ECF No. 11 |

The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation to Remand. ECF No. 11. No party has filed an objection to the report. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the Court remands this action to the Superior Court of California for Contra Costa County.

**IT IS SO ORDERED.**

Dated: August 14, 2017

　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　United States District Judge